**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CARLA BEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-2704-NAB |
| ) | |
| CONOPCO, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time and Entry of Briefing Schedule. [Doc. 6.] Defendant Conopco, Inc. removed this action on October 4, 2019. The parties Carla Been and Conopco, Inc. have requested a briefing schedule regarding Conopco Inc.'s anticipated Motion to Dismiss Been's Petition. The Court will approve the parties' requested briefing schedule.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Time and Entry of Briefing Schedule is **GRANTED**. [Doc. 6.] Defendant Conopco, Inc. shall respond to Plaintiff Carla Been's Petition no later than November 12, 2019. Plaintiff Carla Been shall file any response to Conopco, Inc.'s motion to dismiss no later than December 12, 2019. Defendant Conopco, Inc. shall file any reply brief no later than January 6, 2019.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of October, 2019.